# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| James Harbin, et al., | }<br>}<br>} |
| Plaintiffs, | }<br>} |
| v. | } Case Number: 1:21-cv-1469-ACA |
| TPFE, Inc., et al., | }<br>}<br>} |
| Defendants. | } |

## ENTRY OF DEFAULT

Upon verified application of counsel for the plaintiffs and the records of this court reflecting that more than twenty-one (21) days have elapsed since defendant, TPFE, Inc., was duly served and that the defendant, TPFE, Inc., has failed to answer or otherwise plead to the complaint;

It is ADJUDGED that the defendant, TPFE, Inc., is in default and that the plaintiffs, James Harbin, Shonnie Maglione, and Tina Ridley, have and recover of the defendant such sum as the plaintiffs shall prove to the Court, together with costs.

DONE on December 13, 2021.

SHARON N. HARRIS, CLERK


By: ___s/ K Kimbrough Moore___
        Deputy Clerk