IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| James Harbin, et al. vs. | ) | |
| | ) | |
| TPFE, Inc., et al | ) | No. 21-CV-1469-ACA |
| | ) | |
| | ) | |

**DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.4**

     Pursuant to Local Rule 3.4 of the Northern District of Alabama and to enable District Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant TPFE, Inc. in the above-captioned action certifies that the general nature and purpose of the foregoing entity or entities is a former tele-marking company that operated out of Sylacauga, Alabama before it dissolved on March 31, 2021.

     Counsel also certifies that there are no parents, subsidiaries and/or affiliates of said party or parties that have issued shares or debt securities to the public.

February 23, 2022
Date _____

_____
Signature of Attorney or Litigant