IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES HARBIN, SHONNIE MAGLIONE, AND TINA RIDLEY, <br><br>Plaintiffs, <br><br>v. <br><br>TPFE, INC., LAV SERVICES, LLC, AND RICHARD ZEITLIN, <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.: 1:21-cv-1469 |

## JOINT STIPULATION OF DISMISSAL

COME NOW Plaintiffs James Harbin, Shonnie Maglione, and Tina Ridley and Defendants TPFE, Inc., LAV Services, LLC, and Richard Zeitlin, collectively referred to hereinafter as "the Parties," pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate that all claims in this case against all Defendants are due to be dismissed with prejudice with the Parties bearing their own costs, attorneys' fees, and expenses. Counsel for Defendants certifies that he has the express permission and agreement of counsel for Plaintiffs to file this Joint Stipulation of Dismissal and that the Parties have agreed to the terms and conditions herein.

Respectfully submitted this 13th day of July, 2022.

1

/s/ Brooke Davis
_____
William B. Beckum (ASB-4222-I70B)
Brooke R. Davis (ASB-6984-L36N)
Attorneys for Plaintiffs

**OF COUNSEL**:
Beckum Law, LLC
3184 Cahaba Heights Road
Birmingham, Alabama 35243
205-588-0699
wbeckum@beckumlaw.com
bdavis@beckumlaw.com

/s/ J. Evans Bailey
_____
J. Evans Bailey (ASB-9995-J61B)
Royal C. Dumas (ASB-1404-R60D)
Katie D. Archer (ASB-1664-E61E)
Attorneys for Defendants

**OF COUNSEL**:
Rushton, Stakely, Johnston & Garrett, P.A.
P.O. Box 270
Montgomery, Alabama 36101-0270
334-206-3100
ebailey@rushtonstakely.com
rcd@rushtonstakely.com
kd@rushtonstakely.com